# UNITED STATES COURT OF APPEALS

**UNPUBLISHED**

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

DAVID JOHNSON,

*Defendant-Appellant.*

No. 01-4410

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Marvin J. Garbis, District Judge.
(CR-00-115-MJG)

Submitted: December 20, 2001

Decided: January 3, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

## COUNSEL

James Wyda, Federal Public Defender, Beth M. Farber, Assistant
Federal Public Defender, Baltimore, Maryland, for Appellant.
Thomas M. DiBiagio, United States Attorney, A. David Copperthite,
Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

David Johnson appeals his conviction and sentence for possession of a firearm by a felon. On appeal, Johnson contends that the district court committed plain error by failing to suppress evidence and that he was improperly sentenced under the Armed Career Criminal Act in light of *Apprendi v. New Jersey*, 530 U.S. 466 (2000). We affirm.

First, Johnson has waived any challenge to the seizure of evidence, because he failed to move to suppress the evidence prior to trial without just cause to excuse his failure. *See United States v. Ricco*, 52 F.3d 58, 62 (4th Cir. 1995); Fed. R. Crim. P. 12(b)(3), (f). Second, *Apprendi* does not apply to Johnson's increased sentence under 18 U.S.C.A. § 924(e) (West 2000), because a § 924(e) enhancement is based on prior convictions, a factor that was specifically excluded from the holding of *Apprendi*. Contrary to Johnson's contentions, *Apprendi* expressly declined to revisit the holding of *Almendarez-Torres v. United States*, 523 U.S. 224, 235 (1998), that prior felony convictions are merely traditional sentencing enhancements, rather than elements of the offense. *Apprendi*, 530 U.S. at 488-90; *see also United States v. Skidmore*, 254 F.3d 635, 642 (7th Cir. 2001) (holding that *Apprendi* does not affect enhanced sentence under § 924(e)); *United States v. Thomas*, 242 F.3d 1028, 1035 (11th Cir.) (same), *cert. denied*, ___ U.S. ___, 69 U.S.L.W. 3808 (U.S. June 29, 2001) (No. 00-10221); *United States v. Dorris*, 236 F.3d 582, 587-88 (10th Cir. 2000) (same), *cert. denied*, ___ U.S. ___, 69 U.S.L.W. 3672 (U.S. Apr. 16, 2001) (No. 00-8937); *United States v. Mack*, 229 F.3d 226, 235 n.12 (3d Cir. 2000) (same), *cert. denied*, ___ U.S. ___, 69 U.S.L.W. 3739 (U.S. May 21, 2001) (No. 00-9532).

Accordingly, we affirm Johnson's conviction and sentence. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*